IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN NICHOLAS COYLE,

       Plaintiff,                No. CIV S-07-0137 LKK KJM P

    vs.

PAUL GODMAN, et al.,

       Defendants.       <u>ORDER</u>

_____/

       Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights. This matter is currently stayed. Good cause appearing, IT IS HEREBY ORDERED that, within ten days, defendants Godman and Tillman inform the court whether they object to plaintiff's February 6, 2009 request that this matter continue to be stayed.

DATED: March 19, 2009.

_____
U.S. MAGISTRATE JUDGE

1
coyl0137.resp