IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN NICHOLAS COYLE,

    Plaintiff,      No. CIV S-07-0137 LKK KJM P

  vs.

PAUL GODMAN, et al.,

    Defendants.      <u>ORDER</u>

_____/

    This case is currently stayed and plaintiff has requested that the stay remain in effect. Defendants do not object. Therefore, this case remains stayed. Within six months from the date of this order, plaintiff shall file a status report informing the court whether this matter should remain stayed, and, if so, why.

DATED: April 6, 2009.

                                    U.S. MAGISTRATE JUDGE

1
coyl0137.sta(1)