IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN NICHOLAS COYLE,

     Plaintiff,                    No. CIV S-04-2309 LKK KJM P

     vs.

CHARLOTTE HARRIS-WHITE, et al.,

     Defendants.

_____/

SEAN NICHOLAS COYLE,

     Plaintiff,                    No. CIV S-07-0137 LKK KJM P

     vs.

PAUL GODMAN, et al.,

     Defendants.

_____/

/////

/////

/////

/////

/////

| | |
|---|---|
| SEAN NICHOLAS COYLE, | |
| Plaintiff, | No. CIV S-07-0138 LKK KJM P |
| vs. | |
| GARY MITCHELL, et al., | |
| Defendants. | ORDER |

On Wednesday April 8, 2009, a status conference was held in case number CIV S-04-2309 LKK KJM P. Joe Ramsey appeared on behalf of plaintiff and Jerome Varanini appeared on behalf of defendants Harris-White, Cooper and Steber. Franklin Gumpert also was present to monitor the proceedings, on behalf of certain defendants in the other two actions captioned above. In light of the record before the court, and the conversation occurring at the status conference, THE COURT MADE THE FOLLOWING ORDERS AND ANNOUNCED THEM TO THE PARTIES IN OPEN COURT:

1) Joe Ramsey is appointed as counsel for plaintiff in case numbers CIV S-07-0137 LKK KJM P & CIV S-07-0138 LKK KJM P; and

2) The three cases listed above are set for status conferences on May 6, 2009 at 10:00 a.m. before the undersigned. The parties in each case shall file a joint status conference statement by 5:00 p.m. on May 1, 2009. In the joint status conference statements the parties shall inform the court of their positions as to how and when their respective actions should proceed.

DATED: April 8, 2009.

_____
U.S. MAGISTRATE JUDGE

1
coyl2309.oah

2