1 | **JOE RAMSEY, # 32623**
**Attorney at Law**
2 | 601 University Avenue, Suite 250
Sacramento, CA  95825
3 | Telephone: (916) 646-6344
Facsimile: (916) 646-6344
4 |
Attorneys for Plaintiff SEAN NICHOLAS COYLE
5 |
**FRANKLIN G. GUMPERT, #66051**
6 | **BARKETT & GUMPERT**
**Attorneys at Law**
7 | 3400 Cottage Way, Suite Q
Sacramento, CA  95825
8 | Telephone: (916) 481-3683
Facsimile: (916) 481-3948
9 |
Attorneys for Defendant PAUL GODMAN
10 |
**RICHARD H. CAULFIELD, # 50258**
11 | **CAULFIELD, DAVIES & DONAHUE, LLP**
**Attorneys at Law**
12 | P.O. Box 277010
Sacramento, CA  95827
13 | Telephone: (916) 817-2900
Facsimile: (916) 817-2644
14 |
Attorneys for Defendant JOHN TILLMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SEAN NICHOLAS COYLE, | No. 07-cv-00137 LKK-KJM-P |
|---|---|
| Plaintiff, | STIPULATION FOR JOINDER OF DEFENDANT COUNTY OF EL DORADO |
| vs. | AND |
| PAUL GODMAN and JOHN TILLMAN, | ORDER THEREON |
| Defendants. | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Joe Ramsey on behalf of Plaintiff SEAN NICHOLAS COYLE and Franklin G. Gumpert of Barkett & Gumpert for Defendant PAUL GODMAN, and Richard H. Caulfield of Caulfield, Davies & Donahue, LLP for Defendant JOHN TILLMAN, that Plaintiff may join

as a new Defendant in this action the COUNTY OF EL DORADO, and that upon filing of an Order Granting Joinder of Defendant COUNTY OF EL DORADO, any responsive pleading must be filed within 20 days.

DATED: April 29, 2009    LAW OFFICE OF JOE RAMSEY

By: /s/ Joe Ramsey
JOE RAMSEY, # 32623
Attorney for Plaintiff SEAN COYLE

DATED: April 29, 2009    BARKETT & GUMPERT
Attorneys at Law

By: /s/ Franklin G. Gumpert
FRANKLIN G. GUMPERT, # 66051
Attorneys for Defendant PAUL GODMAN

DATED: April 29, 2009    CAULFIELD, DAVIES & DONAHUE, LLP
Attorneys at Law

By: /s/ Richard H. Caulfield
RICHARD H. CAULFIELD, # 50258
Attorneys for Defendant JOHN TILLMAN

**ORDER GRANTING JOINDER OF COUNTY OF EL DORADO AS DEFENDANT**

THE STIPULATION having been presented and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the COUNTY OF EL DORADO be joined as a Defendant, that counsel for Plaintiff immediately provide notice of the joinder to COUNTY OF EL DORADO and that any responsive pleading by Defendant COUNTY OF EL DORADO be filed within 20 days after service of this Order.

DATED: April 29, 2009.

U.S. MAGISTRATE JUDGE