**JOE RAMSEY, # 32623**
**Attorney at Law**
601 University Avenue, Suite 250
Sacramento, CA  95825
Telephone: (916) 646-6344
Facsimile: (916) 646-6344

Attorneys for Plaintiff SEAN NICHOLAS COYLE

**FRANKLIN G. GUMPERT, #66051**
**BARKETT & GUMPERT**
**Attorneys at Law**
3400 Cottage Way, Suite Q
Sacramento, CA  95825
Telephone: (916) 481-3683
Facsimile: (916) 481-3948

Attorneys for Defendants COUNTY OF EL DORADO and PAUL GODMAN

**RICHARD H. CAULFIELD, # 50258**
**CAULFIELD, DAVIES & DONAHUE, LLP**
**Attorneys at Law**
P.O. Box 277010
Sacramento, CA  95827
Telephone: (916) 817-2900
Facsimile: (916) 817-2644

Attorneys for Defendant JOHN TILLMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN NICHOLAS COYLE, | No. 07-cv-00137 LKK-KJM-P |
| Plaintiff, | STIPULATION FOR DISMISSAL OF DEFENDANTS PAUL GODMAN AND JOHN TILLMAN, WITH PREJUDICE |
| vs. | |
| PAUL GODMAN and JOHN TILLMAN, | AND |
| Defendants. | ORDER DISMISSING ACTION |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Joe Ramsey on behalf of Plaintiff SEAN NICHOLAS COYLE and Franklin G. Gumpert of Barkett & Gumpert for Defendants COUNTY OF EL DORADO and PAUL GODMAN, and Richard H. Caulfield of Caulfield, Davies & Donahue, LLP for Defendant JOHN TILLMAN, that

1
STIPULATION FOR DISMISSAL OF DEFENDANTS GODMAN AND TILLMAN   AND   ORDER

this entire action shall be dismissed as against Defendants PAUL GODMAN and JOHN TILLMAN, with prejudice.

DATED: May 5, 2009          LAW OFFICE OF JOE RAMSEY

                            By: /s/ Joe Ramsey
                                JOE RAMSEY, # 32623
                                Attorney for Plaintiff SEAN COYLE

DATED: May 5, 2009          BARKETT & GUMPERT
                            Attorneys at Law

                            By: /s/ Franklin G. Gumpert
                                FRANKLIN G. GUMPERT, # 66051
                                Attorneys for Defendants COUNTY OF
                                EL DORADO and PAUL GODMAN

DATED: May 5, 2009          CAULFIELD, DAVIES & DONAHUE, LLP
                            Attorneys at Law

                            By: /s/ Richard H. Caulfield
                                RICHARD H. CAULFIELD, # 50258
                                Attorneys for Defendant JOHN TILLMAN

**ORDER DISMISSING PAUL GODMAN AND JOHN TILLMAN WITH PREJUDICE**

THE STIPULATION FOR DISMISSAL having been executed by all parties and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Defendants PAUL GODMAN and JOHN TILLMAN be dismissed with prejudice.

DATED: May 5, 2009.

_____
U.S. MAGISTRATE JUDGE