**JOE RAMSEY, # 32623**
**Attorney at Law**
601 University Avenue, Suite 250
Sacramento, CA  95825
Telephone: (916) 646-6344
Facsimile: (916) 646-6344

Attorneys for Plaintiff SEAN NICHOLAS COYLE

**FRANKLIN G. GUMPERT, #66051**
**BARKETT & GUMPERT**
**Attorneys at Law**
3400 Cottage Way, Suite Q
Sacramento, CA  95825
Telephone: (916) 481-3683
Facsimile: (916) 481-3948

Attorneys for Defendant COUNTY OF EL DORADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN NICHOLAS COYLE, | No. 07-cv-00137 LKK-KJM-P |
| Plaintiff, | STIPULATION FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE |
| vs. | AND |
| PAUL GODMAN and JOHN TILLMAN, | ORDER DISMISSING ACTION |
| Defendants. | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Joe Ramsey on behalf of Plaintiff SEAN NICHOLAS COYLE and Franklin G. Gumpert of Barkett & Gumpert for Defendant COUNTY OF EL DORADO, that this entire action shall be dismissed, with prejudice.

IT IS HEREBY FURTHER STIPULATED between the parties through their respective counsel that the scheduled May 6, 2009 Status Scheduling Conference be vacated, as the matters to be

1
STIPULATION FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE    AND    ORDER

raised therein are moot in view of the dismissal of this action.

DATED: May 5, 2009        LAW OFFICE OF JOE RAMSEY

                    By:   /s/ Joe Ramsey
                          JOE RAMSEY, # 32623
                          Attorney for Plaintiff SEAN COYLE

DATED: May 5, 2009        BARKETT & GUMPERT
                          Attorneys at Law

                    By:   /s/ Franklin G. Gumpert
                          FRANKLIN G. GUMPERT, # 66051
                          Attorneys for Defendant COUNTY OF EL DORADO

**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

THE STIPULATION FOR DISMISSAL having been executed by all parties and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice and that the Clerk vacate the Status Scheduling Conference previously continued to May 13, 2009 from calendar in view of the dismissal of this action.

DATED: May 5, 2009.

_____
U.S. MAGISTRATE JUDGE